VIRGINIA:

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISCTRICT OF

VIRGINIA

Richmond Division

| | |
|---|---|
| ROBERTO BAPTIST,<br><br>　　Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　Defendant. | Case No.: 3:19-cv-00186 |

## MOTION FOR A CONTINUANCE

COMES NOW the Plaintiff, Roberto Baptist, by counsel, and requests this Honorable Court enter an Order continuing the currently scheduled pre-trial conference to a date mutually convenient to the parties. As grounds for this request, counsel for the Plaintiff states that he has a matter scheduled in Danville, Virginia on April 24, 2019 at 11:00 a.m. In addition, counsel for the Plaintiff has conferred with counsel for the Defendant and counsel does not object to this request.

　　　　　　　　Respectfully Requested,
　　　　　　　　Roberto Baptist
　　　　　　　　By:


　　　　　　　　_____/s/_____
　　　　　　　　Horace F. Hunter, Esq.

VSB#44186
Hunter & Everage, PLLC
217 East Clay Street
Richmond, VA 23219
(804) 780-1235
(804) 780-2355 fax
hfh@hunter-everage.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was mailed, postage prepaid, to Edward J. Longosz, Eckert Seamans, 1717 Pennsylvania Avene, N.W., 12th Floor, Washington, DC 20006 on April 5, 2019

_____/s/_____

Horace F. Hunter, Esq.